**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW PALMER KLEIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VIMWORLD, INC., a Delaware corporation; CREAM, LLC, a Nevada limited liability company,<br><br>　　　　　Defendants. | Case Number:<br>2:25-cv-00100-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT (FIRST REQUEST)** |

It is hereby stipulated between Plaintiff Andrew Palmer Klein ("Plaintiff"), by and through his attorney of record, Greenberg Gross LLP and Defendants Vimworld, Inc. and Cream, LLC (collectively "Defendants"), by and through their attorney of record, Marquis Aurbach, that the deadline for Defendants to file their response to Plaintiff's Complaint be extended from May 5, 2025 to May 19, 2025.

　　　　1.　　Plaintiff filed his Complaint on January 15, 2025.

　　　　2.　　A Waiver of Service of Summons was executed by the parties on March 5, 2025, making the Defendants' responsive pleading due May 5, 2025.

　　　　3.　　Counsel for Defendants starts a United States District Court trial on May 5, 2025 through May 12, 2025 in *Lechner v. LVMPD, et al.*, Case No. 2:19-cv-00638-RFB-MDC and also has a Ninth Circuit oral argument hearing in *Solomon v. LVMPD, et al.*, Case No. 23-4166 on May 14, 2025 in Phoenix AZ.

　　　　4.　　After consulting with Plaintiff's counsel, the parties have agreed to extend the deadline for Defendants to file their response from May 5, 2025 to May 19, 2025.

MAC: 15426-014 (#5867052.1) 4/29/2025 9:08 AM

1  5. This extension is not an intent to further delay.

2  IT IS SO STIPULATED this 29th day of April, 2025.

3  MARQUIS AURBACH                    GREENBERG GROSS LLP

5  By: *s/Nick D. Crosby*              By: *s/Michael A. Burnette*
    Nick D. Crosby, Esq.                    Michael A. Burnette, Esq.
    Nevada Bar No. 8996                     Nevada Bar No. 16210
6   10001 Park Run Drive                    1980 Festival Plaza Dr., Ste. 730
    Las Vegas, Nevada 89145                 Las Vegas, Nevada 89135
7   Attorney for Defendants                 Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED the deadline for Defendants to file their response is extended from May 5, 2025 to May 19, 2025.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/30/2025