**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ANDREW PALMER KLEIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>VIMWORLD, INC., a Delaware corporation; CREAM, LLC, a Nevada limited liability company,<br><br>  Defendants. | Case Number:<br>2:25-cv-00100-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT (SECOND REQUEST)** |
|---|---|

It is hereby stipulated between Plaintiff Andrew Palmer Klein ("Plaintiff"), by and through his attorney of record, Greenberg Gross LLP and Defendants VIMworld, Inc. and Cream, LLC (collectively "Defendants"), by and through their attorney of record, Marquis Aurbach, that the deadline for Defendants to file their response to Plaintiff's Complaint be extended from May 19, 2025 to May 23, 2025.

1. Plaintiff filed his Complaint on January 15, 2025.

2. A Waiver of Service of Summons was executed by the parties on March 5, 2025, making the Defendants' responsive pleading due May 5, 2025.

3. Counsel for Defendants started a United States District Court jury trial on May 5, 2025 that ended on May 13, 2025 in *Lechner v. LVMPD, et al.*, Case No. 2:19-cv-00638-RFB-MDC, which consumed all of Defendants' counsel's attention and time.

4. On April 30, 2025, this Court granted Defendants' Stipulation to Extend Deadline to File Response to Complaint (ECF No. 9).

MAC: 15426-014 (#5895712.1) 5/19/2025 1:32 PM

5. After consulting with Plaintiff's counsel, the parties have agreed to extend the deadline for Defendants to file their response from May 19, 2025 to May 23, 2025.

6. This extension is not an intent to further delay.

IT IS SO STIPULATED this 19th day of May, 2025.

| MARQUIS AURBACH | GREENBERG GROSS LLP |
|---|---|
| By: *s/Nick D. Crosby*<br>Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: *s/Michael A. Burnette*<br>Michael A. Burnette, Esq.<br>Nevada Bar No. 16210<br>1980 Festival Plaza Dr., Ste. 730<br>Las Vegas, Nevada 89135<br>Attorney for Plaintiff |

### **ORDER**

IT IS HEREBY ORDERED the deadline for Defendants to file their response is extended from May 19, 2025 to May 23, 2025.

_____
United States Magistrate Judge
5-20-25

MAC: 15426-014 (#5895712.1) 5/19/2025 1:32 PM