# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PALMER KLEIN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>VIMWORLD, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-00100-RFB-MDC<br><br>**Order** |

Due to conflicting duties of the Court, the early neutral evaluation is CONTINUED to 10:00 a.m. on August 25, 2025. Evaluation statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 18, 2025. In addition, the parties must discuss settlement and exchange an initial settlement offer and an initial counteroffer by August 8, 2025. The parties must also file, no later than August 11, 2025, a joint statement with the parties' position as to whether holding the early neutral evaluation would be futile. All other requirements for the early neutral evaluation remain unchanged. *See* Docket No. 11.

IT IS SO ORDERED.

Dated: July 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge