# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PALMER KLEIN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>VIMWORLD, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-00100-RFB-MDC<br><br>**Order** |

　　　　An early neutral evaluation ("ENE") is set for August 25, 2025. Docket No. 22. The defense represents that holding the ENE would be futile. *See* Docket Nos. 23-24. In light of that representation, the Court declines to hold an ENE. *See* Local Rule 16-6(c) ("The evaluating magistrate judge . . . may exempt any case from early neutral evaluation on the judge's own motion"). Accordingly, the ENE is **VACATED**.

　　　　IT IS SO ORDERED.

　　　　Dated: August 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1