JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PALMER KLEIN, an individual, | Case No.: 2:25-cv-00100-RFB-MDC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| VIMWORLD, INC., a Delaware corporation; CREAM, LLC, a Nevada limited liability company, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Andrew Palmer Klein, by and through his counsel of record, Greenberg Gross LLP, and Defendants VIMWorld, Inc. and Cream, LLC, by and through their counsel of record, Marquis Aurbach, hereby stipulate and agree as follows:

1. Defendants filed their Motion for Summary Judgment on March 18, 2026. [ECF No. 33.]

-1-
STIPULATION AND ORDER TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE

2. Plaintiff's opposition is currently due on or before April 8, 2026.

3. The parties have conferred and agree to grant Plaintiff a brief extension of 7 days moving Plaintiff's response deadline to April 15, 2026.

4. This is the first request for an extension of this deadline.

5. This stipulation is made in good faith and not for purposes of undue delay.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's deadline to file his opposition to Defendants' Motion for Summary Judgment is extended to and including **April 15, 2026.**

Dated this 3rd day of April, 2026.

| | |
|---|---|
| */s/ Michael A. Burnette* | */s/ Nick D. Crosby* |
| JEMMA E. DUNN | NICK D. CROSBY |
| Nevada Bar No. 16229 | Nevada Bar No. 8996 |
| MATTHEW T. HALE | MARQUIS AURBACH |
| Nevada Bar No. 16880 | 10001 Park Run Drive |
| MICHAEL A. BURNETTE | Las Vegas, Nevada 89145 |
| Nevada Bar No. 16210 | |
| GREENBERG GROSS LLP | |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | |

*Attorneys for Plaintiff*                    *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2026.

-2-
STIPULATION AND ORDER TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE