**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW PALMER KLEIN,<br><br>Plaintiff,<br><br>vs.<br><br>VIMWORLD, INC., a Delaware corporation; CREAM, LLC, a Nevada limited liability company,<br><br>Defendants. | Case Number:<br>2:25-cv-00100-RFB-MDC<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF NO. 33)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Defendants VIMworld, Inc. and Cream, LLC ("Defendants"), by and through their attorney of record, Marquis Aurbach and Plaintiff Andrew Palmer Klein ("Plaintiff"), by and through his attorney of record, Greenberg Gross LLP, that the deadline for Defendants to file their Reply in Support of Motion for Summary Judgment (ECF No. 33) be extended from April 29, 2026 to May 6, 2026.

1. Defendants filed their Motion for Summary Judgment on March 18, 2026 (ECF No. 33).

2. Plaintiff filed their Opposition to the Motion on June 4, 2025 (ECF No. 17).

3. Defendants filed a Reply to the Opposition on April 15, 2026 (ECF No. 36).

4. The deadline for Defendants to file their Reply in Support of Motion was set for April 29, 2026.

5. Counsel for the parties agreed on April 27, 2026 to extend the deadline for Defendants' to file their Reply in Support of the Motion for Summary Judgment. However,

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 15426-014 (#6362505.1) 5/4/2026 9:52 AM

due to an oversight on the part of Defendants' counsel, a draft stipulation was not sent to confirm and file with the Court.

6.    Defendants' counsel is asking for a one-week extension in which to file their Reply.

7.    This Stipulation is not for purposes of delay.

IT IS SO STIPULATED this 4th day of May, 2026.

MARQUIS AURBACH                          GREENBERG GROSS LLP


By: *s/Nick D. Crosby*                    By:    *s/Michael A. Burnette*
    Nick D. Crosby, Esq.                          Jemma E. Dunn, Esq.
    Nevada Bar No. 8996                           Nevada Bar No. 16229
    10001 Park Run Drive                          Matthew T. Hale, Esq.
    Las Vegas, Nevada 89145                       Nevada Bar No. 16880
    Attorney for Defendants                       Michael A. Burnette, Esq.
                                                  Nevada Bar No. 16210
                                                  1980 Festival Plaza Dr., Ste. 730
                                                  Las Vegas, Nevada 89135
                                                  Attorney for Plaintiff

## ORDER

IT IS SO ORDERED that the deadline for Defendants to file their Reply in Support of their Motion for Summary Judgment be extended from April 29, 2026 to May 6, 2026.


DATED: May 5, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

MAC: 15426-014 (#6362505.1) 5/4/2026 9:52 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816